FILED

May 20 2022

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JEFFREY PAUL HAWKS,<br><br>Defendant. | Case No. 18-cr-0313 BLF (NC)<br><br>**DETENTION ORDER**<br><br>Hearing: 5/20/2022 |

In accordance with the Bail Reform Act, 18 U.S.C. § 3142, the Court on May 20, 2022, held a hearing to determine detention or release on supervisory conditions for defendant Jeffrey Paul Hawks. He is charged in this case with six counts of violating the terms of his supervised release. The defendant appeared at the hearing in person with his counsel AFPD Tamara Crepet.

Under Fed. R. Crim. P. 32.1(a)(6) and 18 U.S.C. § 3143(a), the defendant charged with violation of supervised release has the burden of establishing by "clear and convincing evidence" that he or she will not flee or pose a danger to any other person or to the community. Here, Hawks did not establish evidence to overcome this burden, especially in

consideration of his two recent self-removals from a residential drug treatment program and his failure to timely notify Probation of his change in residence and treatment.  The Prosecution and Probation recommended remand to detention.  Consequently, the Court orders the defendant Hawks to be detained.

The defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.  The defendant must be afforded a reasonable opportunity for private consultation with defense counsel.  On order of a court of the United States or on the request of an attorney for the Government, the person in charge of the corrections facility must deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding.  The next Court date is July 12, 2022, at 9:00 a.m. before District Court Judge Beth Labson Freeman.

IT IS SO ORDERED.

Date: May 20, 2022

_____
Nathanael M. Cousins
United States Magistrate Judge