AO 245D (Rev. AO 11/16-CAN 04/18) Judgment in Criminal Case of Revocation

# UNITED STATES DISTRICT COURT
## Northern District of California

| UNITED STATES OF AMERICA | ) | JUDGMENT IN A CRIMINAL CASE |
|---|---|---|
| | ) | (For **Revocation** of Supervised Release) |
| **v.** | ) | |
| Jeffrey Paul Hawks | ) | USDC Case Number: CR-18-00313-001 BLF |
| | ) | BOP Case Number: DCAN518CR00313-001 |
| | ) | USM Number: 15189-010 |
| | ) | Defendant's Attorney: Tamara Crepet (AFPD) |

**THE DEFENDANT:**

☑ admitted guilt to Charges <u>One, Two, Three, Four, Five, and Six</u> of the Amended Petition filed on May 18, 2022.

☐ was found in violation of condition(s): _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| One | Unlawful Possession/Use of a Controlled Substance | November 13, 2020 |
| Two | Failure to Participate in Substance Abuse Treatment and Testing | March 10, 2022 |
| Three | Unlawful Possession/Use of a Controlled Substance | March 25, 2022 |
| Four | Unlawful Possession/Use of a Controlled Substance | April 17, 2022 |
| Five | Failure to Participate in Substance Abuse Treatment and Testing | May 2, 2022 |
| Six | Failure to Report a Change of Residence | May 16, 2022 |

The defendant is sentenced as provided in pages 2 through <u>2</u> of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ Charge _____ is dismissed on motion of the United States.

   It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.: <u>3433</u>

Defendant's Year of Birth: <u>1984</u>

City and State of Defendant's Residence:
<u>Santa Cruz, California</u>

12/13/2022
Date of Imposition of Judgment

*/s/ Beth Labson Freeman*
Signature of Judge

The Honorable Beth Labson Freeman
United States District Judge
Name & Title of Judge

12/19/2022
Date Signed

AO 245D (Rev. AO 11/16-CAN 04/18) Judgment in Criminal Case of Revocation
DEFENDANT: Jeffrey Paul Hawks  Judgment - Page 2 of 2
CASE NUMBER: CR-18-00313-001

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: **Time served (6 Months and 28 Days), with no term of supervised release to follow.**

☐ The Court makes the following recommendations to the Bureau of Prisons:

☐ The defendant is remanded to the custody of the United States Marshal. The appearance bond is hereby exonerated. Any cash bail plus interest shall be returned to the owner(s) listed on the Affidavit of Owner of Cash Security form on file in the Clerk's Office.

☐ The defendant shall surrender to the United States Marshal for this district:

☐ at _____ ☐ am ☐ pm on _____ (no later than 2:00 pm).

☐ as notified by the United States Marshal.

The appearance bond shall be deemed exonerated upon the surrender of the defendant. Any cash bail plus interest shall be returned to the owner(s) listed on the Affidavit of Owner of Cash Security form on file in the Clerk's Office.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☐ at _____ ☐ am ☐ pm on _____ (no later than 2:00 pm).

☐ as notified by the United States Marshal.

☐ as notified by the Probation or Pretrial Services Office.

The appearance bond shall be deemed exonerated upon the surrender of the defendant. Any cash bail plus interest shall be returned to the owner(s) listed on the Affidavit of Owner of Cash Security form on file in the Clerk's Office.

# RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL